UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

CELLCO PARTNERSHIP D/B/A VERIZON
WIRELESS,

           Plaintiff,

      v.                            6:19-cv-06583-EAW-MWP

CITY OF ROCHESTER,

           Defendant.

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the accompanying Joint Memorandum of Law, dated July 31, 2023; the Declaration of Damon Suden, dated July 31, 2023, and accompanying exhibits; and upon the entire record and all prior proceedings herein, Cellco Partnership d/b/a Verizon Wireless ("Verizon") will move before this Court, the Honorable Elizabeth A. Wolford, at the Kenneth B. Keating Federal Building, 100 State Street, Rochester, New York 14614, on a date to be determined by the Court, for judgment on partial findings pursuant to Federal Rule of Civil Procedure 52(c), to exclude certain evidence, and for discovery sanctions against the City of Rochester.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's July 20, 2023 Order (Dkt. 103), responsive papers shall be filed and served by September 1, 2023 unless otherwise ordered by the Court; and

**PLEASE TAKE FURTHER NOTICE** that Verizon intends to file and serve reply papers, which shall be filed by September 29, 2023 unless otherwise ordered by the Court.

| | |
|---|---|
| Dated: New York, New York<br>July 31, 2023 | KELLEY DRYE & WARREN LLP<br><br>By:   */s/ Damon W. Suden*<br>    Damon W. Suden<br>    3 World Trade Center<br>    175 Greenwich Street<br>    New York, NY 10007<br>    Tel: (212) 808-7800<br>    Email: dsuden@kelleydrye.com<br><br>    Lauri A. Mazzuchetti (*pro hac vice*)<br>    One Jefferson Road, 2nd Floor<br>    Parsippany, NJ 07054<br>    Tel: (973) 503-5900<br>    Email: lmazzuchetti@kelleydrye.com<br><br>    *Attorneys for Plaintiff*<br>    *Cellco Partnership d/b/a Verizon Wireless* |